NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-449

ABBOTT, SIMSES & KUCHLER

VERSUS

RICHARD DEMBOWSKI

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-0661
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

JUDGMENT VACATED; REMANDED.

Timothy David Breaux
2020 West Pinhook, Suite 105
Lafayette, LA 70508
(337) 232-5920
COUNSEL FOR DEFENDANT/APPELLANT:
    Richard Dembowski

Richard M. Simses
John M. Ribarits
Abbott, Simses & Kuchler
1360 Post Oak Boulevard, Suite 1700
Houston, TX 77056
(713) 627-9393
COUNSEL FOR PLAINTIFF/APPELLEE:
    Abbott, Simses & Kuchler